**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ROBERT A. WIEDENHOFT AND GINA     :   No. 222 WAL 2020
WIEDENHOFT, HUSBAND AND WIFE,    :
                                         :
           Petitioners             :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court
                                         :
              v.                              :
                                         :
                                         :
CHIEF EXPLORATION & DEVELOPMENT,    :
LLC, WESTERN LAND SERVICES, INC.,     :
AND CHRISTINE D. SHEELER,             :
                                         :
           Respondents          :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 9th day of December, 2020, the Petition for Allowance of Appeal

is **DENIED**.